UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MARK STAAKE,

      Plaintiff,

v.                                         Civ. No. 19-1193 RB/GJF

DAVID JABLONSKI, *et al.*,

      Defendants.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court sua sponte in light of the Court's "Order to Provide Addresses" [ECF 20], Plaintiff's "Response to the Order to Provide Addresses" [ECF 21] ("Response"), and the Court's "Order Directing Issuance of Notice and Waiver Service Forms" [ECF 22].

Simply put, Plaintiff's Response failed to provide addresses at which the defendants named in this case can be served. *Cf.* Resp. at 9 (providing Paula Ganz's PO Box address for serving the NMCD Defendants without specifying which Defendants are NMCD-affiliated). Instead of addresses, the Response contains unsolicited argument and what appears to be a computer-print-out of the docket sheet from Plaintiff's state case in Santa Fe County. *Compare* ECF 20 ("*Plaintiff* [*must*] *provide* a current address for each Defendant" (emphasis added)), *with* Resp. at 6–7 (listing the summonses issued to Defendants Jablonski, Franco, Baca, Marciel, L. Martinez, Ray, French, Zagon, Turpin, Whittman, Cardenas, and Martinez, HSA but not the addresses to which those summonses were mailed). Because Plaintiff is clearly literate and an experienced litigant,[1] and

---

[1] Indeed, Plaintiff has filed four other federal cases not including the instant case. *See Staake v. Barrela*, No. 15-cv-715-MCA-JHR (closed May 29, 2018); *Staake v. Jablonski*, No. 18-cv-729-JCH-SMV (closed February 21, 2019); *Staake v. Jablonski*, No. 19-cv-861-MV-KBM (closed Oct. 6, 2022); *Staake v. Wexford Health Sources, et al.*, No. 20-cv-356-WJ-SCY (closed June 21, 2021).

because it appears that he is out of custody with substantially more access to the internet and other research sources,[2] Court will not order personal service by the U.S. Marshals until Plaintiff produces the addresses as instructed.

**IT IS THEREFORE ORDERED** that, **on or before November 22, 2022**, Plaintiff shall—without further argument or commentary—file a copy of this order with the blanks below filled out, providing *current and accurate* addresses for Defendants Jablonski, Franco, Baca, Marciel, L. Martinez, Ray, French, Zagon, Turpin, Whittman, Cardenas, and Martinez, HSA.

David Jablonski
Street Line 1:     _____
City/State:          _____
Zip Code:           _____

German Franco
Street Line 1:     _____
City/State:          _____
Zip Code:           _____

Mike Baca
Street Line 1:     _____
City/State:          _____
Zip Code:           _____

Gary Marciel
Street Line 1:     _____
City/State:          _____
Zip Code:           _____

Leon Martinez
Street Line 1:     _____
City/State:          _____
Zip Code:           _____

Andy Ray
Street Line 1:     _____
City/State:          _____
Zip Code:           _____

---

[2] *See* ECF 21 (notice of change of address reflecting out-of-custody address as of February 2022).

Gary French
Street Line 1:   _____
City/State:      _____
Zip Code:        _____

FNU Zagon
Street Line 1:   _____
City/State:      _____
Zip Code:        _____

Lorella Turpin
Street Line 1:   _____
City/State:      _____
Zip Code:        _____

Ellen Whittman
Street Line 1:   _____
City/State:      _____
Zip Code:        _____

Ana Cardenas
Street Line 1:   _____
City/State:      _____
Zip Code:        _____

Martinez, HSA
Street Line 1:   _____
City/State:      _____
Zip Code:        _____

Failure to comply with this Order will result in dismissal of some or all of the claims in the

Complaint against some or all of the defendants without further notice.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE