UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MARK STAAKE,

    Plaintiff,

v.     Civ. No. 19-1193 RB/GJF

DAVID JABLONSKI, ET AL.

    Defendants.

## ORDER EXTENDING DEADLINE

THIS MATTER is before the Court on Plaintiff's Motion to Extend Time [ECF 25]. In the motion, Plaintiff asks for an additional thirty days to comply with the Court's Order to Cure Defects [ECF 24], which required him to supply the current addresses for twelve individual defendants.

The Court finds good cause to grant Plaintiff the requested extension. The Court cautions Plaintiff in the future to comply with Local Rule 7.1, which requires the movant to state in any motion whether it is opposed or unopposed. *See* D.N.M.LR-Civ. 7.1(a). Even though Plaintiff is *pro se*, the Court expects strict compliance with the Federal Rules of Civil Procedure and the Court's local rules going forward.

Accordingly, **IT IS ORDERED** that the Motion to Extend Time [ECF 25] is **GRANTED**; and the deadline to provide correct addresses is extended through **December 22, 2022.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE