UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MARK STAAKE,

    Plaintiff,

v.                                                                                      Civ. No. 19-1193 RB/GJF

DAVID JABLONSKI, *et al.*,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On May 3, 2023, United States Magistrate Judge Gregory J. Fouratt filed a Proposed Findings and Recommended Disposition (PFRD) recommending that all named defendants other than Centurion Correctional Healthcare of New Mexico, LLC, be dismissed. (Doc. 28.) The PFRD notified the parties of their ability to file objections no later than 14 days after the filing of the PFRD (in other words, May 17, 2023), and that failure to do so waived appellate review. (*Id.* at 2.[1]) As no party filed objections within the time allowed, the Court concludes that appellate review has been waived.

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's PFRD is **ADOPTED**.

    **IT IS FURTHER ORDERED** that all named defendants *other than* Centurion Correctional Healthcare of New Mexico, LLC, are **DISMISSED**.

    **IT IS SO ORDERED.**

                                                                      _____
                                                                      ROBERT C. BRACK
                                                                      SENIOR U.S. DISTRICT JUDGE

---

[1] Because Plaintiff receives service by mail, Plaintiff was permitted to file objections to the PFRD by May 20, 2023. *See* Fed. R. Civ. P. 6(d). Nonetheless, he has filed nothing even as of the date on which this order is entered.